PER 18 U.S.C. 3170

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

CASE NO. 2:17-cr- *10-3*

Matter Sealed: ☐ Juvenile  ☑ Other than Juvenile

☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
             ☐ Indictment  ☐ Charges/Counts Added
             ☐ Information

USA vs.

Defendant:  JUSTIN CASTRO

Address:

**Name of District Court, and/or Judge/Magistrate Location (City)**

UNITED STATES DISTRICT COURT    Las Vegas
DISTRICT OF NEVADA        Divisional Office

**Name and Office of Person**
Furnishing Information on   ☐ U.S. Atty ☐ Other U.S. Agency
THIS FORM
Ellenrose Jarmolowich
Phone No. (702) 388-6336

**Name of Asst.**
U.S. Attorney   CHRISTOPHER BURTON
(if assigned)

☐ Interpreter Required  Dialect:

Birth
Date           ☑ Male     ☐ Alien
               ☐ Female    (if applicable)

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
Christopher McPeak ~ FBI

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court
    (give name of court)

☐ this person/proceeding transferred from another district
    per (circle one) FRCrP  20,  21  or  40. Show District

☐ this is a reprosecution of charges
    previously dismissed which were
    dismissed on motion of:
    ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a
    pending case involving this same
    defendant. (Notice of Related
    Case must still be filed with the
    Clerk.)

☐ prior proceedings or appearance(s)
    before U.S. Magistrate Judge
    regarding this defendant were
    recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.

**Place of offense**

County

### DEFENDANT

Issue:   ☑ Warrant    ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
    ☑ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD   ☐ CJA   ☐ RET'D
    ☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts ____8____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|-----|---------------------------------|-------------------------------|----------|
| | 18 U.S.C. § 1951 | Interference with Commerce by Robbery | 1, 2, 4, 6 |
| | 18 U.S.C. § 924(c)(1)(A) | Use of a Firearm During and in Relation to a | 3, 5, 7 |
| | | Crime of Violence | |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | Felon in Possession of a Firearm | 8 |