___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 29 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 2:17-cr-00103-KJD-PAL-1 |
| vs. | ) ) | |
| JUSTIN CASTRO, | ) ) | |
| Defendant. | ) ) | **ORDER** |

On December 28, 2017, this Court granted the MOTION to Dismiss Counsel (doc. 50).

Accordingly, IT IS HEREBY ORDERED that Michael J. Miceli, is APPOINTED as counsel for JUSTIN CASTRO in place of William H. Gamage's Office for all future proceedings. William H. Gamage's Office shall forward the file to Mr. Miceli forthwith.

DATED this 29th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE