UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEVADA

Case No. # 2:20-CV-00240-KJD
2:17-cr-00103-KJD-VCF-1
2021 U.S. Dist. LEXIS 69276

Justin Castro
    Movant,

-v-

United States of America
    Respondent.



Motion to inform the Honorable Court that the government never ever responded within the 60 day time period that the U.S. District Court ordered.

---

COMES NOW, Movant files this motion Pro-se. Movant is a layman of the Law, unskilled int he law and therefore, request that this motion be construed liberally. Haines -v- Kerner, 404 U.S. 519 (1972).

Movant states the following reasons for this motion.

1) The U.S. District Court Judge, ordered the government to respond within 60 days of the Movant's Title 28 U.S.C. § 2255(f)(1) motion, however, the government has never ever responded to the Judge's order as of yet.

2) The U.S. District Court Judge ordered the government dated

April 9th, 2021, by U.S. District Court Judge Kent J. Dawson, ordered the government to respond to the Movant's Title 28 U.S.C. § 2255 motion within 60 days from April 9th, 2021, the government still has not responded to the Movant's Title 28 U.S.C. section motion.

3) Movant request that the government, please be made to respond to the Movant's 2255 motion from April 9th, 2021, and because the government has not responded, Movant request that the government be made to respond.

## CONCLUSION

Movant hopes and prays that this motion will be granted based upon the above stated reasons in this motion.

Dated: 9/10/2023

Respectfully,

Justin Castro
\# 53987-048
FCI Coleman Medium
P.O. Box 1032
Coleman, FL 33521