RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Justin Castro

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:17-cr-00103-KJD-VCF |
| Plaintiff, | **Joint Stipulation Regarding a Reduction in Sentence** |
| v. | |
| Justin Castro | |
| Defendant. | |

In compliance with Second Amended General Order 2023-09, the parties, Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Justin Castro, file this Joint Stipulation.

The parties state as follows:

1. Undersigned counsel and government counsel have determined that Mr. Castro qualifies for a sentence reduction under United States Sentencing Guidelines Amendment 821 and have reached an agreement regarding a proposed sentencing reduction.

2. Defense counsel has spoken to the defendant. The defendant consents to the proposed sentencing reduction detailed below. The defendant waives any right to appear telephonically or in person at a hearing, should this Court find a hearing is necessary.

3. On November 7, 2018, this Court sentenced Mr. Castro to a total sentence of 219 months' incarceration. ECF Nos. 130, 132. Mr. Castro was in CHC IV with a total offense level of 30, which yielded a sentencing guideline range of 135–168 months. He was sentenced to the low-end of 135 months per count, concurrent as to Counts 2, 4, and 6 with 84 months on Count 7 to run consecutively for a total sentence of 219 months. Under the amended Guidelines, the parties have determined that Mr. Castro is in CHC III with a total offense level of 30 which yields a guideline range of 121-151 months on Counts 2, 4, and 6.

4. Consistent with U.S.S.G. § 1B1.10, the parties are proposing Mr. Castro sentence be amended to 121 months per count, concurrent as to Counts 2, 4, and 6 with 84 months on Count 7 to run consecutively for a total sentence of 205 months.

DATED this 27th day of June, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Nisha Brooks-Whittington*<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By /s/ *Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:17-cr-00103-KJD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| Justin Castro, | |
| Defendant. | |

The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted. Pursuant to Second Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed.

DATED this 28 day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE

3