# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00103-KJD-DJA |
| Plaintiff, | ORDER |
| v. | |
| JUSTIN CASTRO, | |
| Defendant. | |

Presently before the Court is Defendant Castro's Motion (ECF 263) for a refund of $728.00 paid in restitution and the special assessment of $400. These matters were already addressed and denied in previous order issued on September 12, 2025 (ECF #235). As such, the Court denies the motion to redress federal restitution and special assessment payments.

Accordingly, IT IS HEREBY ORDERED that Defendant Castro's Motion to Redress Federal Restitution and Special Assessment (ECF No. 263) is **DENIED.**

DATED: May 11, 2026

Kent J. Dawson
United States District Judge